opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANNA S. ANDRAE and Others, Respondents, v. WARNER-QUINLAN COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of ABRAHAM L. ERLANGER, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 793.]

In the Matter of ABRAHAM L. ERLANGER, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 784.]

FLORENCE E. MANVILLE REID, Appellant, v. THOMAS F. MANVILLE, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

J. & H. GOODWIN, LTD., Appellant, v. DOLLAR STEAMSHIP LINE, Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

J. & H. GOODWIN, LTD., Appellant, v. DOLLAR STEAMSHIP LINE, Respondent.— Appeal dismissed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH J. BODELL and Others, Appellants, v. J. ROBERT THOMAS, Doing Business, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the notice of examination reinstated. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH J. BODELL and Others, Appellants, v. J. ROBERT THOMAS, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RAMSES REALTY CORPORATION, Plaintiff, v. LONGACRE BANK, Respondent. AMERICAN TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GRACE E. LOWENDAHL, on Behalf of Herself and All Other Creditors of LIBERTUS VAN BOKKELEN, Deceased, Appellant, v. L. VAN BOKKELEN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LILLIAN BAUER, Appellant, v. FRED E. SMITH, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., and Sherman, J., dissent.

MEYER KISER BANK, Respondent, v. GREATER MIAMI COMPANY and Others,